UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

LP

Jonathan Lee Riches©,
Plaintiff

CIVIL NO: 07-5275

V.

Ashton Kutcher; Bruce Willis; Demi Moore; Rumer Willis,
Defendants

## Complaint

That 70's Show, Die Hard, G.I Jane Harassment/TRO Restraining order =

Comes now the Plaintiff, Jonathan Lee Riches, in pro-se, under 42 USC 1983 and a Restraining order. Plaintiff seeks $25 million dollars for having my civil rights violated and 8th amendment rights violated under cruel and unusual punishment. Defendants told the FCI Williamsburg Administration to place me in solitary confinement "the Hole." I have no shoes because of Defendant's. I used to have Ashton Kutcher good looks, now Prison made me go bald, my teeth is yellow, I have never had my teeth cleaned in prison. This is a plot Against me. I have constant hip pains. I walk with a Limp. Prison is giving me Nightmares, I have mental injuries that need help, I will never be the same.

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully Submitted

Jonathan Lee Riches©